United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SERGIO CABRERA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05743 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

The petitioner, Sergio Cabrera, filed this petition to challenge his ongoing immigration detention. Pending is Cabrera's motion to dismiss for mootness, advising the Court that his order of removal is now final and he will be removed to Mexico. Doc. No. 8. Respondents do not oppose the motion to dismiss. Doc. No. 9.

Because Petitioner is no longer in custody under any pre-removal-order statute and there is no viable controversy regarding his current detention, the petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

Therefore, the Court **ORDERS** as follows:

1. Petitioner's motion to dismiss (Doc. No. 8) is **GRANTED.**
2. This habeas petition is **DISMISSED** without prejudice as **MOOT.**
3. All other pending motions, if any, are **DENIED as MOOT.**
4. This case is **CLOSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED this 9th day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE